UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

PINNACLE STRUCTURES INC.                                              PLAINTIFF

V.                                        4:25CV00506 JM

LIGAND PROPERTIES LLC, E3 CONSTRUCTION
CORP d/b/a MASTER CRAFT BUILDERS INC.,
GRAY CASUALTY & SURETY COMPANY, and
CENTURY CONSTRUCTION GROUP INC.                                       DEFENDANTS

## ORDER OF DISMISSAL

Pursuant to the Joint Stipulation of Dismissal (Dkt. No. 43), the Court finds that this case should be dismissed with prejudice. The jury trial scheduled for September 14, 2026, is cancelled. The Clerk is directed to close the case.

IT IS SO ORDERED this 29th day of September, 2025.

_____
James M. Moody Jr.
United States District Judge